**STATE of Missouri, Respondent,**

v.

**Gary D. LOVELADY, Appellant.**

**WD 78356**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 4, 2016

Jeannie Willibey, Kansas City, MO, Counsel for Appellant

Gregory Barnes, Jefferson City, MO, Counsel for Respondent

Before Division One: Anthony Rex Gabbert, P.J., Thomas H. Newton, and Alok Ahuja, JJ.

## ORDER

Per Curiam:

Mr. Gary D. Lovelady appeals a judgment convicting him of the Class A felony of first degree assault, § 565.050, and the unclassified felony of armed criminal action, § 571.015.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).